IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CONTINENTAL CARBON COMPANY, INC.**, a Delaware Corporation | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)   Civil Action No.<br>) |
| **NATIONAL UNION FIRE INSURANCE COMPANY** of Pittsburgh, PA, a Pennsylvania Corporation, | )   3:07cv00872-MEF<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)**

Comes now Plaintiff, Continental Carbon Company, Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice that the above styled cause against Defendant is hereby dismissed without prejudice.

Respectfully submitted,

/s/ Clifford C. Brady
Clifford C. Brady (BRADC5423)
Douglas L. Brown (BROWD9054)
Attorneys for Plaintiff Continental Carbon Company, Inc..

OF COUNSEL:
**BRADY RADCLIFF & BROWN, LLP**
1600 Wachovia Bank Building,
61 Saint Joseph Street
Mobile, Alabama  36602
251.405.0045
251.405.0076 (FAX)